IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TERI RAE MACKIE § | |
| § | |
| v. § | Case No.: 4:05cv409 |
| § | (Jury) |
| HOME DEPOT U.S.A, INC., or § | |
| whatever entity that operates the business § | |
| located at 3120 NE Loop 286, Paris, § | |
| Texas 75460 § | |

**AGREED MOTION TO DISMISS**

Plaintiff Teri Rae Mackie and Defendant Home Depot U.S.A., Inc., or whatever entity that operates the business located at 3120 NE Loop 286, Paris, Texas 75460 (collectively, the "Parties") file this Agreed Motion to Dismiss and state:

The Parties respectfully request that the Court enter an order providing that: (a) all claims in this case are dismissed with prejudice to the refiling of same in any form; and (b) all taxable costs and attorneys' fees are to be paid by the party incurring same, as provided in the accompanying Agreed Order of Dismissal. The Parties' agree to this request is reflected by their respective counsels' signatures below.

Dated: August 24, 2006

Respectfully submitted,

/s/
_____
Wade A. Forsman
Attorney-in-Charge
Bar No. 07264257
1331 South Broadway, Suite A
P.O. Box 308
Sulphur Springs, Texas 75483-0308
903.885.7577 (Telephone)

903.885.7579 (Facsimile)
forsmanlaw@verizon.net

**Attorney for Plaintiff Teri Rae Mackie**

/s/ Lisa A. Dreishmire (by permission – WAF)
_____
Denise Cotter Villani
Texas Bar No. 20581828
Lisa A. Dreishmire
Texas Bar No. 00790609
700 Preston Commons
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800
(214) 987-3927

**Attorneys for Defendant Home Depot U.S.A., Inc.**